UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHOLIC CHARITIES,** <br> **DIOCESE OF FORT WORTH, INC.,** <br> 249 Thornhill Dr., <br> Fort Worth, Texas 76115 <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF HEALTH AND** <br> **HUMAN SERVICES (DHHS),** <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> and <br><br> **ROBERT F. KENNEDY, JR.,** <br> **SECRETARY OF DHHS, IN HIS** <br> **OFFICIAL CAPACITY ONLY,** <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br><br> *Defendants.* | Civil No. 1:25-cv-00605 <br><br> **[PROPOSED] TEMPORARY** <br> **RESTRAINING ORDER** |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying memorandum of law, it is hereby **ORDERED** that the motion for a temporary restraining order is **GRANTED**.

It is hereby further **ORDERED** that Defendants U.S. Department of Health and Human Services ("HHS") and Robert F. Kennedy, Jr., (collectively, "Defendants"), and their agents, are enjoined from implementing, enforcing, or otherwise giving effect to any rule, order, policy or other agency action suspending, freezing, pausing, or otherwise preventing the obligation or

disbursement of appropriated funds to reimburse past and ongoing expenses incurred by Plaintiff in connection with four open and ongoing grant awards, under which Plaintiff has requested payments without a lawful and rational basis.

It is further **ORDERED** that the Defendants shall comply with the advance payment requirements of 45 C.F.R. § 75.305(b)(1) and promptly remit payment for further draw down requests made by Plaintiff in accordance with legal requirements and Defendants' longstanding practice to make such payments within a matter of days.

It is further **ORDERED** that Defendants shall take and other steps necessary to effectuate this Order, including by remitting payment for all of Plaintiff's draw down requests under the applicable grant awards requested between January 29, 2025 and the end of February 2025, totaling approximately $36 million, within 3 business days of the date of this order.

It is further **ORDERED** that the parties shall meet and confer and file a joint status report proposing a preliminary injunction briefing schedule within two days of the entry of this Order.

**IT IS SO ORDERED.**

_____

**The Hon. Loren L. AliKhan**

**U.S. District Judge, District of Columbia**