UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., *Plaintiff*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants.* | Civil No. 1:25-cv-605 (LLA) |

## NOTICE OF SUPPLEMENTAL DECLARATION

Plaintiff Catholic Charities, Diocese of Fort Worth, Inc., files this Notice and attached Supplemental Declaration of Jeff Demers to provide Defendants and the Court with relevant factual information as a result of new information that came to light based on the Notice that Defendants filed with the Court yesterday, March 5, 2025 (Dkt. No. 11). Plaintiff believes that the information contained in the Supplemental Declaration is relevant to Defendants' Response to Plaintiff's Motion for Temporary Restraining Order and the Court's consideration of the same.

Neither this Notice nor the Declaration contain legal argument.

1

Plaintiff's counsel can represent that counsel for Defendants has consented to the filing of this Notice.

Dated: March 6, 2025

Respectfully submitted,

_/s/  Edward T. Waters_

**Feldesman Leifer LLP**
Edward T. Waters (D.C. Bar No. 422461)
ewaters@feldesman.com
Mindy B. Pava (D.C. Bar No. 995328)
mpava@feldesman.com
Stephen Kuperberg (D.C. Bar No. 462992)
skuperberg@feldesman.com
1129 20th Street NW, 4th Floor
Washington, DC 20036
(*t*) (202) 466-8960

***Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC.,** *Plaintiff*, v. **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.,* *Defendants.* | Civil No. 1:25-cv-605 (LLA) |

CERTIFICATE OF SERVICE

I certify that, on the 6th day of March 2025, I served the foregoing Notice of Supplemental Declaration and accompanying attachments upon Joseph F. Carilli, Jr., counsel for Defendants, via the Court's Electronic Court Filing system (ECF).

/s/ Edward T. Waters