Exhibit 2

## **PMS Pull Down Requests as of 3.5.2025**

**Total Amount**: $42,733,851.14

**⊛ MY PAYMENT REQUESTS (18)**

| | Transaction Number | Payee Account | Payment Type | Request Amount | Request Date | Due Date | Request Status |
|---|---|---|---|---|---|---|---|
| 1 | 4040473102 | 7M60P | ACH Payment | $ 1,091,186.58 | 2025-03-05 03:23:46 PM | 2025-03-06 | Request in Transit |
| 2 | 4040470177 | 7M60P | ACH Payment | $ 1,476,295.48 | 2025-03-04 11:57:09 AM | 2025-03-05 | Request in Transit |
| 3 | 4040468391 | 7M60P | ACH Payment | $ 1,893,656.08 | 2025-03-03 12:16:29 PM | 2025-03-04 | Request in Transit |
| 4 | 4040466974 | 7M60P | ACH Payment | $ 2,240,134.47 | 2025-02-28 02:13:20 PM | 2025-03-03 | Request in Transit |
| 5 | 4040463562 | 7M60P | ACH Payment | $ 685,903.95 | 2025-02-26 03:57:17 PM | 2025-02-27 | Request in Transit |
| 6 | 4040460935 | 7M60P | ACH Payment | $ 1,712,631.70 | 2025-02-25 03:14:27 PM | 2025-02-26 | Request in Transit |
| 7 | 4040460170 | 7M60P | ACH Payment | $ 1,233,522.72 | 2025-02-25 09:56:13 AM | 2025-02-26 | Request in Transit |
| 8 | 4040459585 | 7M60P | ACH Payment | $ 1,198,704.60 | 2025-02-21 01:51:05 PM | 2025-02-24 | Request in Transit |
| 9 | 4040459581 | 7M60P | ACH Payment | $ 60,933.00 | 2025-02-18 01:14:37 PM | 2025-02-19 | Request in Transit |
| 10 | 4040459580 | 7M60P | ACH Payment | $ 1,822,805.52 | 2025-02-18 11:53:58 AM | 2025-02-19 | Request in Transit |
| 11 | 4040444183 | 7M60P | ACH Payment | $ 336,043.97 | 2025-02-11 03:30:55 PM | 2025-02-12 | Request in Transit |
| 12 | 4040444180 | 7M60P | ACH Payment | $ 47,433.24 | 2025-02-10 03:39:11 PM | 2025-02-11 | Request in Transit |
| 13 | 4040444179 | 7M60P | ACH Payment | $ 2,881,380.87 | 2025-02-07 01:30:36 PM | 2025-02-10 | Request in Transit |
| 14 | 4040444178 | 7M60P | ACH Payment | $ 600,297.92 | 2025-02-07 12:28:36 PM | 2025-02-10 | Request in Transit |
| 15 | 4040444154 | 7M60P | ACH Payment | $ 6,787,142.47 | 2025-01-30 11:39:17 AM | 2025-01-31 | Request in Transit |
| 16 | 4040444151 | 7M60P | ACH Payment | $ 16,050,866.85 | 2025-01-29 03:46:20 PM | 2025-01-30 | Request in Transit |
| 17 | 4040416412 | 7M60P | ACH Payment | $ 1,028.87 | 2025-01-29 10:51:21 AM | 2025-01-30 | Request in Transit |
| 18 | 4040415952 | 7M60P | ACH Payment | $ 2,613,882.85 | 2025-01-29 09:42:13 AM | 2025-01-30 | Request in Transit |

**Request#1:**



Payment Request - View Request                                    Transaction #4040473102

Close

PAYMENT WORKFLOW:   Payment Request → Approve Request → Confirm Request → Release Request → **Request Completed**

| View Request | Documents | All Details |

**PAYMENT DETAILS**

| | |
|---|---|
| Payee Account Number: | 7M60P |
| UEI: | TW3HQTG7SHM5 |
| Payment Type: | ACH Payment |
| Payment Request Date: | 2025-03-05 |
| Payment Due Date: | 2025-03-05 |
| Payment Request Amount ($): | $1,091,186.58 |

**SUBACCOUNTS**

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | #####5528 | $355,678.05 |
| RSSS22 | #####5528 | $170,214.57 |
| RSSS23 | #####5528 | $180,684.83 |
| RSSS24 | #####5528 | $384,609.13 |



Payment Request - View Request                                    Transaction #4040473102

Close

PAYMENT WORKFLOW:   Payment Request → Approve Request → Confirm Request → Release Request → **Request Completed**

| View Request | Documents | All Details |

**STATUS HISTORY**

| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Completed | mbains@ccdofw.org | 2025-03-05 02:23:46 PM | Included in schedule number: |

**NOTIFICATIONS**

| | Subject |
|---|---|
| | No notifications. |

|◄  ◄◄  ►►  ►| Records per page [10 ▾]   Displaying 1 to 0 of 0 items

2

**Request#2:**



**Payment Request - View Request**                    Transaction #4040470177

| PAYMENT WORKFLOW: | Payment Request | Approve Request | Confirm Request | Release Request | Request Completed |

**View Request** | Documents | All Details

**PAYMENT DETAILS**

| | |
|---|---|
| Payee Account Number: | 7M60P |
| UEI: | TW3HQTG7SHM5 |
| Payment Type: | ACH Payment |
| Payment Request Date: | 2025-03-04 |
| Payment Due Date: | 2025-03-04 |
| Payment Request Amount ($): | $1,476,295.48 |

**SUBACCOUNTS**

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | ######5528 | $1,476,295.48 |



**Payment Request - View Request**                    Transaction #4040470177

| PAYMENT WORKFLOW: | Payment Request | Approve Request | Confirm Request | Release Request | Request Completed |

View Request | Documents | **All Details**

**STATUS HISTORY**

| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Completed | mbains@ccdofw.org | 2025-03-04 10:57:09 AM | Included in schedule number: |

**NOTIFICATIONS**

| | Subject |
|---|---|
| | No notifications. |

Records per page 10    Displaying 1 to 0 of 0 items

3

**Request#3:**





**Request#4:**





**Request#5:**





**Request#6:**





**Request#7:**



**Payment Request - View Request**                          Transaction #4040460170

Close

PAYMENT WORKFLOW:  Payment Request  Approve Request  Confirm Request  Release Request  **Request Completed**

View Request | Documents | All Details

**PAYMENT DETAILS**

| | |
|---|---|
| Payee Account Number: | 7M60P |
| UEI: | TW3HQTG7SHM5 |
| Payment Type: | ACH Payment |
| Payment Request Date: | 2025-02-25 |
| Payment Due Date: | 2025-02-25 |
| Payment Request Amount ($): | $1,233,522.72 |

**SUBACCOUNTS**

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | #####5528 | $265,745.53 |
| RSSS22 | #####5528 | $229,005.84 |
| RSSS23 | #####5528 | $139,166.44 |
| RSSS24 | #####5528 | $599,604.91 |



**Payment Request - View Request**                          Transaction #4040460170

Close

PAYMENT WORKFLOW:  Payment Request  Approve Request  Confirm Request  Release Request  **Request Completed**

View Request | Documents | **All Details**

**STATUS HISTORY**

| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Submitted | mbains@cdofw.org | 2025-02-25 08:56:13 AM | |
| Payment Transaction Completed | jenny.chen@psc.hhs.gov | 2025-02-25 11:31:19 AM | Included in schedule number: |
| Processed by PMS | markeeta.jones@psc.hhs.gov | 2025-02-25 10:21:34 AM | Markeeta Jones: okay to pay - reviewed payment history, within reason ¿ MJ |
| Processed by PMS | vivian.hughes@psc.hhs.gov | 2025-02-25 11:31:10 AM | Vivian Hughes: ok to pay vhughes |
| Processed by PMS | jenny.chen@psc.hhs.gov | 2025-02-25 11:31:19 AM | Jenny Chen: |

**NOTIFICATIONS**

| | Subject |
|---|---|
| | No notifications. |

Records per page  10   Displaying 1 to 0 of 0 items

**Request#8:**





**Request#9:**





**Request#10:**



**Payment Request - View Request**                    Transaction #4040459580

Close

PAYMENT WORKFLOW:  Payment Request  Approve Request  Confirm Request  Release Request  **Request Completed**

View Request | Documents | All Details

**PAYMENT DETAILS**

| | |
|---|---|
| Payee Account Number: | 7M60P |
| UEI: | TW3HQTG7SHM5 |
| Payment Type: | ACH Payment |
| Payment Request Date: | 2025-02-18 |
| Payment Due Date: | 2025-02-18 |
| Payment Request Amount ($): | $1,822,805.52 |

**SUBACCOUNTS**

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | ######5528 | $1,822,805.52 |



**Payment Request - View Request**                    Transaction #4040459580

Close

PAYMENT WORKFLOW:  Payment Request  Approve Request  Confirm Request  Release Request  **Request Completed**

View Request | Documents | All Details

**STATUS HISTORY**

| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Submitted | mbains@ccdofw.org | 2025-02-18 10:53:58 AM | |
| Payment Transaction Completed | jenny.chen@psc.hhs.gov | 2025-02-25 09:38:29 AM | Included in schedule number: |
| Processed by PMS | markeeta.jones@psc.hhs.gov | 2025-02-25 08:41:10 AM | Markeeta Jones: ACF has approved this payment - MJ |
| Processed by PMS | regenia.mitchell@psc.hhs.gov | 2025-02-25 08:56:15 AM | Regenia Mitchell: agree - rjm |
| Processed by PMS | jenny.chen@psc.hhs.gov | 2025-02-25 09:38:29 AM | Jenny Chen: |

**NOTIFICATIONS**

| | Subject |
|---|---|
| | No notifications. |

|◄ ◄◄ ►► ►| Records per page 10  Displaying 1 to 0 of 0 items

11

**Request#11:**





**Request#12:**





**Request#13:**



| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | ######5528 | $1,332,767.57 |
| RSSS22 | ######5528 | $600,297.92 |
| RSSS24 | ######5528 | $948,315.38 |



| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Submitted | mbains@ccdofw.org | 2025-02-07 12:30:36 PM | |
| Payment Transaction Completed | abid.naveed@psc.hhs.gov | 2025-02-12 01:26:50 PM | Included in schedule number: |
| Processed by PMS | markeeta.jones@psc.hhs.gov | 2025-02-12 12:36:58 PM | Markeeta Jones: okay to pay - reviewed payment history, within reason ¿ MJ |
| Processed by PMS | vivian.hughes@psc.hhs.gov | 2025-02-12 01:12:00 PM | Vivian Hughes: ok to pay vhughes |
| Processed by PMS | abid.naveed@psc.hhs.gov | 2025-02-12 01:26:50 PM | Abid Naveed: |

14

**Request#14:**





**Request#15:**



| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | ######5528 | $3,253,094.36 |
| RSSS22 | ######5528 | $599,159.68 |
| RSSS23 | ######5528 | $8,791.00 |
| RSSS24 | ######5528 | $2,926,097.43 |



**Request#16:**



| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| REFMED&CASH25 | ######5528 | $9,010,588.14 |
| RSSS22 | ######5528 | $1,710,778.71 |
| RSSS23 | ######5528 | $908,570.67 |
| RSSS24 | ######5528 | $4,420,929.33 |



| Status | Status Change By | Status Change Date | Status Change Comments |
|---|---|---|---|
| Payment Transaction Submitted | mbains@ccdofw.org | 2025-01-29 02:46:20 PM | |
| Processed by PMS | ashok.gangar@psc.hhs.gov | 2025-01-29 02:47:28 PM | Ashok Gangar: Ok to pay - Review complete. Request within reason. ¿ Ashok. |
| Processed by PMS | regenia.mitchell@psc.hhs.gov | 2025-02-05 12:37:44 PM | Regenia Mitchell: Send back Stop Payment |
| Payment Transaction Completed | abid.naveed@psc.hhs.gov | 2025-02-12 01:24:29 PM | Included in schedule number: |
| Processed by PMS | markeeta.jones@psc.hhs.gov | 2025-02-12 12:28:52 PM | Markeeta Jones: okay to pay - reviewed payment history and subaccount, within reason ¿ MJ |
| Processed by PMS | vivian.hughes@psc.hhs.gov | 2025-02-12 01:09:21 PM | Vivian Hughes: ok to pay vhughes |
| Processed by PMS | abid.naveed@psc.hhs.gov | 2025-02-12 01:24:29 PM | Abid Naveed: |

**Request#17:**





**Request#18:**



