UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Civil No. 1:25-cv-605 (LLA) |

## NOTICE OF THIRD SUPPLEMENTAL DECLARATION

Plaintiff Catholic Charities, Diocese of Fort Worth, Inc., (CCFW) files this Notice and attached Third Supplemental Declaration of Jeffrey Demers to provide Defendants and the Court with new information that was communicated to CCFW via e-mail from the Acting Chief of the Refugee Program Bureau within the Office of Refugee Resettlement ("ORR") on Tuesday, March 11. Specifically, the e-mail communication stated that the Payment Management System would release funds to CCFW relating to ORR Refugee grant awards—but only for expenditures that occurred prior to January 19, 2025. CCFW believes that the information contained in the ORR e-mail is relevant to share with this Court prior to the Temporary Restraining Order hearing scheduled for March 12.

Neither this Notice nor the Declaration contain legal argument.

Plaintiff's counsel can represent that counsel for Defendants consented to the filing of this Notice. Counsel for Defendants stated: "The agency sent the e-mail message to comply with a court order in *Pacito v. Trump*, Civ. A. No. 25-0255 (W.D. Wash.)."

Dated: March 11, 2025

                                        Respectfully submitted,

                                         /s/ Edward T. Waters

**Feldesman Leifer LLP**
Edward T. Waters (D.C. Bar No. 422461)
ewaters@feldesman.com
Mindy B. Pava (D.C. Bar No. 995328)
mpava@feldesman.com
Stephen Kuperberg (D.C. Bar No. 462992)
skuperberg@feldesman.com
1129 20th Street NW, 4th Floor
Washington, DC 20036
(*t*) (202) 466-8960

*Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES,<br>DIOCESE OF FORT WORTH, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>   *Defendants*. | Civil No. 1:25-cv-605 (LLA) |

**CERTIFICATE OF SERVICE**

 I certify that, on the 11th day of March 2025, I served the foregoing Notice of Third Supplemental Declaration and accompanying attachments upon Joseph F. Carilli, Jr., counsel for Defendants, via the Court's Electronic Court Filing system (ECF).

                  /s/ Edward T. Waters_____