UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

**MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO COURT'S ORDER**

By and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, Defendants respectfully moves to extend their time to respond to the Court's March 12, 2025 Minute Order to file a declaration by 5:00 p.m., March 12, 2025. Specifically, Defendants request a one and one-half hour extension—*i.e.*, extending the current deadline from 5:00 pm., March 12, 2025, to 6:30 p.m., March 12, 2025. Pursuant to Local Civil Rule 7(m), the undersigned counsel, via electronic mail, requested Plaintiff's position. Plaintiff, through counsel, via electronic mail, responded that Plaintiff does not oppose the relief sought in this motion. The grounds for this motion are as follows.

During the hearing on Plaintiff's motion for temporary restraining order, the Court ordered Defendants "to submit a declaration detailing the number of states or state representatives that have been cleared as well as the number currently in the queue, and to provide any available information specifically regarding the processing of Catholic Charities' program by 5:00pm on March 12, 2025." Min. Order (Mar. 12, 2025). Since the conclusion of the hearing, Defendants have been working to meet the Court's deadline. However, due to scheduled meetings, the

declarant has had limited availability to complete the declaration.  As such, Defendants require a modest extension.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendants' first request for an extension of this deadline and the first request for an extension in this action.  Allowing a reasonable amount of additional time to for the declarant to complete the declaration serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the deadline to respond to the complaint be extended through and including 6:30 p.m., March 12, 2025.  A proposed order is enclosed herewith.

Dated:   March 12, 2025
              Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:             */s/ Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for an extension of time to respond to the complaint and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including 6:30 p.m., March 12, 2025, to file a declaration.

SO ORDERED:

_____         _____
Date                                                LOREN L. ALIKHAN
                                                           United States District Judge