UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>    Defendants. | Civil Action No. 25-0605 (LLA) |

**RESPONSE TO ORDER OF THE COURT**

Defendants, by and through the undersigned counsel, file this response to the Court's March 12, 2025 Minute Order.

During the hearing on Plaintiff's motion for temporary restraining order, the Court ordered Defendants "to submit a declaration detailing the number of states or state representatives that have been cleared as well as the number currently in the queue, and to provide any available information specifically regarding the processing of Catholic Charities' program." Min. Order (Mar. 12, 2025). A declaration is attached hereto.

\*     \*     \*

Case 1:25-cv-00605-LLA   Document 20   Filed 03/12/25   Page 2 of 6

Dated: March 12, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

By:     /s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC CHARITIES, DIOCESE OF
FORT WORTH, INC.,

      Plaintiff,

   v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

      Defendants.

Civil Action No. 25-0605 (LLA)

**DECLARATION OF ANDREW GRADISON,
ACTING ASSISTANT SECRETARY FOR CHILDREN AND FAMILIES**

I, Andrew Gradison, for my declaration, hereby state as follows:

    1.    I am the Acting Assistant Secretary for Children and Families (ACF), an operating division of the Department of Health and Human Services (HHS).

    2.    In this role, I ultimately oversee all aspects of ACF, including its' Office of Grants Management and the Office of Refugee Resettlement (ORR).

    3.    I make this declaration based on personal knowledge acquired by me in the course of performing my official duties, information contained in the records of the relevant HHS components, and information supplied to me by current employees of the relevant HHS components.

    4.    I began working at ACF on January 27, 2025. On February 3, 2025, I received the "Secretarial Directive on Program Payment Integrity" issued by then Acting Secretary Dorothy Fink ("the Directive"), which directed all HHS agency personnel to briefly pause all payments to

contractors, vendors, and grantees related to immigration and refugee resettlement for internal review.

5.  I understood the Directive to apply to me and the ACF components I oversee, to include the Office of Refugee Resettlement (ORR). I did an initial review of the scope of all ORR grants to determine what required further review.

6.  For ORR-eligible individuals, ORR provides, through grants to states and private nonprofit agencies, three main sets of services. For those individuals ineligible for the Temporary Assistance For Needy Families program in their state, ORR provides cash assistance. *See* 8 U.S.C. 1522(e), 45 CFR Part 400 Subpart E. For those individuals ineligible for Medicaid, ORR provides medical assistance in the form of medical insurance. *See* 8 U.S.C. 1522(e), 45 CFR Part 400 Subpart G. For all ORR-eligible individuals, ORR provides support services such as help seeking employment, English language learning, and case management for up to five years after the date of eligibility. *See* 8 U.S.C. 1522(c); 45 CFR 400.152.

7.  The RSS and CMA grants are provided in 49 states and the District of Columbia. For historical reasons dating back to the beginning of the refugee resettlement program, Wyoming does not receive any refugee resettlement grants.

8.  Of 50 jurisdictions where RSS is provided, 35 grants are run by state governments, 1 grant is run by the District of Columbia, and 14 are sent to private nonprofit agencies. Only the grant in Texas covered by the nonprofit agency Catholic Charities Fort Worth remains paused under the Directive.

9.  ORR currently is reimbursing 35 state governments and the District of Columbia for refugee cash assistance and has grants in place with 14 nonprofit agencies to provide this cash

assistance to refugees. Only the grant in Texas covered by the nonprofit agency Catholic Charities Fort Worth remains paused under the Directive.

10. ORR provides benefits and services to refugees, asylees, Afghan and Iraqi special immigrants, Cuban/Haitian Entrants, victims of trafficking, Amerasians from Vietnam, and other groups designated by Congress, such as parolees from Afghanistan and Ukrainians. ORR collectively refers to the groups it serves as refugees.

11. ORR awards grants called refugee support services (RSS) grants, which go to a combination of state governments and private nonprofit agencies. States and nonprofit agencies use these funds primarily for employability services, such as individual employment plans, referrals to job opportunities and English language instruction. 45 CFR §§ 400.146; 400.154.

12. ORR currently has RSS grants in 49 states and the District of Columbia. Each grant serves the geographic area of a particular state. Since the issuance of the Directive, only the grant in Texas covered by the nonprofit agency Catholic Charities Fort Worth remains paused under the Directive.

13. ORR also reimburses state governments and provides grants to nonprofit entities for up to 12 months of cash assistance given to refugees ineligible for cash assistance under the Temporary Assistance for Needy Family program. As a condition for receiving cash assistance, refugees must participate in employability services funded through the RSS grants. 8 U.S.C. § 1522(e)(2); 45 CFR § 400.75.

14. ORR currently is reimbursing 35 state governments and the District of Columbia for refugee cash assistance and has grants in place with 14 nonprofit agencies to provide this cash assistance to refugees. Since the issuance of the Directive, only the grant in Texas covered by the nonprofit agency Catholic Charities Fort Worth remains paused under the Directive.

15. For medical assistance, ORR reimburses a single nonprofit entity that covers 9 states that have withdrawn from the medical assistance program. The nonprofit entity that administers medical assistance in those states remains paused.

16. ORR also provides grants through the Matching Grant Program. This program provides services to refugees including case management, employment skills training, job referrals, and family budget planning. The intent of the program is to assist refugees in becoming self-sufficient through employment within 240 days without accessing cash assistance.

17. ORR has issued grants to nine private nonprofit agencies for the Matching Grant program. Since the issuance of the Directive, only four grantees – Ethiopian Community Development Council, Global Refuge, U.S. Conference of Catholic Bishops, and U.S. Committee for Refugee and Immigrants – remain paused under the Directive.

18. The program integrity review remains ongoing for Catholic Charities Fort Worth, and that process is not awaiting the completion of any other entity's program integrity review.

Executed this 12th day of March 2025, Washington, D.C.

ANDREW K. GRADISON -S
Digitally signed by ANDREW K. GRADISON -S
Date: 2025.03.12 18:05:59 -04'00'

Andrew Gradison