UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>　　　　Defendants. | Civil Action No. 25-0605 (LLA) |

**RESPONSE TO ORDER OF THE COURT**

Defendants, by and through the undersigned counsel, file this response to the Court's March 13, 2025 Minute Order.

The Court ordered Defendants to "provide another update on the status of their program integrity review for Catholic Charities Fort Worth on or before March 13, 2025 at 6:30 p.m." Min. Order (Mar. 13, 2025). "As of March 13, 2025, the program integrity review for Catholic Charities Fort Worth remains ongoing." Decl. of Andrew Gradison (Mar. 13, 2025) (attached here) ¶ 3.

\*　　\*　　\*

Dated: March 13, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

By:     /s/ *Joseph F. Carilli, Jr.*
    JOSEPH F. CARILLI, JR.
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2525

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

**DECLARATION OF ANDREW GRADISON,
ACTING ASSISTANT SECRETARY FOR THE ADMINISTRATION FOR CHILDREN
AND FAMILIES**

I, Andrew Gradison, make the following declaration under 28 U.S.C. § 1746:

1. I am the Acting Assistant Secretary of the Administration for Children and Families (ACF), an operating division of the Department of Health and Human Services (HHS).

2. I submit this declaration pursuant to the Court's March 13, 2025, minute order requesting an update on the status of the program integrity review for Catholic Charities Fort Worth.

3. As of March 13, 2025, the program integrity review for Catholic Charities Fort Worth remains ongoing.

Executed this 13th day of March 2025, Washington, D.C.

ANDREW K. GRADISON -S
Digitally signed by ANDREW K. GRADISON -S
Date: 2025.03.13 16:05:39 -04'00'

Andrew Gradison