UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's March 14, 2025 order.

As of March 14, 2025, Plaintiff had $47,426,180.17 in advance payment requests in the Department of Health and Human Services ("Department") Payment Management Services. On March 14, 2025, the Assistant Secretary, Administration of Children and Families directed the payment of all of the advance payment requests. On March 17, 2025, Department personnel authorized all of the advance payment requests in the Department's Payment Management Services.

Plaintiff reports that a deposit of $47,426,180.17 posted on March 17, 2025 in Plaintiff's bank account. This amount paid represents the combined total of Plaintiff's 23 pending drawdown requests as of March 14, 2025.

Plaintiff is submitting additional draw down requests in the normal course. At 11:57 a.m. ET on March 17, 2025, Plaintiff submitted a request for $250,574.48. Moreover, at 1:58 p.m. ET on March 17, 2025, Plaintiff submitted a second draw down request for $17,483.99. Plaintiff will

1

report to the Court regarding the status of payment of its additional draw down requests as part of the Joint Status Report due on March 19, 2025.

| | |
|---|---|
| Dated:  March 17, 2025 | Respectfully submitted, |
| */s/ Edward T. Waters*<br>Feldesman Leifer LLP<br>Edward T. Waters (D.C. Bar No. 422461)<br>ewaters@feldesman.com<br>Mindy B. Pava (D.C. Bar No. 995328)<br>mpava@feldesman.com<br>Stephen Kuperberg (D.C. Bar No. 462992)<br>skuperberg@feldesman.com<br>1129 20th Street NW, 4th Floor<br>Washington, DC 20036<br>(*t*) (202) 466-8960<br><br>*Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.* | EDWARD R. MARTIN, JR.,<br>D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Civil Chief<br><br>*/s/ Joseph F. Carilli, Jr.*<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525<br><br>*Counsel for the United States of America* |