UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's March 14, 2025 order.

As indicated in the prior joint status report, ECF No. 22, Plaintiff submitted two draw down requests on March 17, 2025. In addition, Plaintiff submitted another draw down request on March 18, 2025. The Department of Health and Human Services has released funding for the requests submitted by Plaintiff.

On March 19, 2025, counsel for the parties met and conferred to discuss how the parties intend to proceed with the litigation. To allow for additional time, the parties respectfully request the Court allow the parties to submit a joint status report on March 26, 2025. A proposed order is attached.

\*   \*   \*

1

| | |
|---|---|
| Dated:   March 19, 2025 | Respectfully submitted, |
| | |
| /s/ *Edward T. Waters* | EDWARD R. MARTIN, JR., |
| Feldesman Leifer LLP | D.C. Bar #481866 |
| Edward T. Waters (D.C. Bar No. 422461) | United States Attorney |
| ewaters@feldesman.com | |
| Mindy B. Pava (D.C. Bar No. 995328) | BRIAN P. HUDAK |
| mpava@feldesman.com | Civil Chief |
| Stephen Kuperberg (D.C. Bar No. 462992) | |
| skuperberg@feldesman.com | /s/ *Joseph F. Carilli, Jr.* |
| 1129 20th Street NW, 4th Floor | JOSEPH F. CARILLI, JR. |
| Washington, DC 20036 | Assistant United States Attorney |
| (*t*) (202) 466-8960 | 601 D Street, NW |
| | Washington, DC 20530 |
| *Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.* | (202) 252-2525 |
| | *Counsel for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file by on March 26, 2025, advising the Court of the status of this matter, including a recommendation for further proceedings.

_____                              _____
Date                                                LOREN A. ALIKHAN
                                                    United States District Judge