UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

**JOINT STATUS REPORT**

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's March 19, 2025 order. The Parties have met and conferred relating to the information presented to the Court below.

Defendants confirm that (1) Plaintiff's grant awards for FY2025 remain active and open; and (2) the integrity review of Plaintiff's grants conducted pursuant to the February 3 Directive is complete. Accordingly, Defendants have resumed the release of funding for Plaintiff's draw down requests in the normal course.

Since the completion of the integrity review, Defendants have processed and paid within the normal course all draw down requests made by Plaintiff on PMS from March 17, 2025 onward.

As a result of Defendant's representations and action, Plaintiff will move to dismiss this case on or before April 2, 2025, assuming that all draw down requests continue to be paid in the normal course up until that date.

\*     \*

| | |
|---|---|
| Dated:   March 25, 2025 | Respectfully submitted, |
| | |
| /s/ *Edward T. Waters* | EDWARD R. MARTIN, JR., |
| Feldesman Leifer LLP | D.C. Bar #481866 |
| Edward T. Waters (D.C. Bar No. 422461) | United States Attorney |
| ewaters@feldesman.com | |
| Mindy B. Pava (D.C. Bar No. 995328) | BRIAN P. HUDAK |
| mpava@feldesman.com | Civil Chief |
| Stephen Kuperberg (D.C. Bar No. 462992) | |
| skuperberg@feldesman.com | /s/ *Joseph F. Carilli, Jr.* |
| 1129 20th Street NW, 4th Floor | JOSEPH F. CARILLI, JR. |
| Washington, DC 20036 | Assistant United States Attorney |
| (*t*) (202) 466-8960 | 601 D Street, NW |
| | Washington, DC 20530 |
| *Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.* | (202) 252-2525 |
| | *Counsel for the United States of America* |