UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC CHARITIES, DIOCESE OF
FORT WORTH, INC.,

    Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

    Defendants.

Civil Action No. 25-0605 (LLA)

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's March 26, 2025 order.

Since the parties last joint status report, Plaintiff submitted (1) two draw down requests on March 31, 2025, which were paid on April 2, 2025; and (2) one draw down request on April 1, 2025, which the Department of Health and Human Services is processing.

Plaintiff's position is that all draw down requests are being paid, but the requests are taking longer to process this week in comparison to prior weeks. Plaintiff intends to continue to monitor the timing associated with the payment of draw down requests and seeks additional time to consider dismissal.

As such, the parties request to submit another joint status report on April 11, 2025, if Plaintiff does not dismiss the case before that date. A proposed order is attached.

\*   \*   \*

1

| | |
|---|---|
| Dated:  April 2, 2025 | Respectfully submitted, |
| | |
| */s/ Edward T. Waters* | EDWARD R. MARTIN, JR., |
| Feldesman Leifer LLP | D.C. Bar #481866 |
| Edward T. Waters (D.C. Bar No. 422461) | United States Attorney |
| ewaters@feldesman.com | |
| Mindy B. Pava (D.C. Bar No. 995328) | BRIAN P. HUDAK |
| mpava@feldesman.com | Civil Chief |
| Stephen Kuperberg (D.C. Bar No. 462992) | |
| skuperberg@feldesman.com | /s/ *Joseph F. Carilli, Jr.* |
| 1129 20th Street NW, 4th Floor | JOSEPH F. CARILLI, JR. |
| Washington, DC 20036 | Assistant United States Attorney |
| (*t*) (202) 466-8960 | 601 D Street, NW |
| | Washington, DC 20530 |
| *Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.* | (202) 252-2525 |
| | *Counsel for the United States of America* |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>  Defendants. | Civil Action No. 25-0605 (LLA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file by on April 11, 2025, advising the Court of the status of this matter, including a recommendation for further proceedings.

_____                    _____
Date                                                                LOREN A. ALIKHAN
                                                                          United States District Judge