UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

**JOINT STATUS REPORT**

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's April 3, 2025 order.

Since the parties' last joint status report, Plaintiff reports that its drawdown requests continue to be paid within a 24- to 48-hour period. However, on Monday, April 7, Plaintiff received an email from the email address "defendthespend [at] hhs.gov." This new email asks that Plaintiff provide "additional clarification" regarding drawdown requests previously submitted through the normal course. Plaintiff is concerned that it appears now to be receiving requests for additional information independently from the PMS drawdown request system or information requested under its grant awards.

Counsel for Defendants was made aware of this email request and responded that the Agency (1) indicated that Plaintiff should respond to the e-mail message and offer additional justifications for drawdown requests when prompted to do so, and; (2) stated that to "further protect the integrity of the grants and contracts it administers, the Administration for Children and Families has instituted another control to monitor awards and contracts, in addition to the use of

1

Payment Management Services system, direct contacts by the Administration or the Office for Refugee Resettlement, and information required under the grant or contract, *e.g.*, reports and audits."

Given this new request from ACF, Plaintiff intends to continue to monitor payment of draw down requests and seeks additional time to consider dismissal.

As such, the parties request to submit another joint status report on April 30, 2025, if Plaintiff does not dismiss the case before that date. A proposed order is attached.

Dated:   April 11, 2025                                           Respectfully submitted,

/s/ *Edward T. Waters*                                            EDWARD R. MARTIN, JR.,
Feldesman Leifer LLP                                              D.C. Bar #481866
Edward T. Waters (D.C. Bar No. 422461)                            United States Attorney
ewaters@feldesman.com
Mindy B. Pava (D.C. Bar No. 995328)                               BRIAN P. HUDAK
mpava@feldesman.com                                               Civil Chief
Stephen Kuperberg (D.C. Bar No. 462992)
skuperberg@feldesman.com                                          /s/ *Joseph F. Carilli, Jr.*
1129 20th Street NW, 4th Floor                                    JOSEPH F. CARILLI, JR.
Washington, DC 20036                                              Assistant United States Attorney
(*t*) (202) 466-8960                                              601 D Street, NW
                                                                  Washington, DC 20530
*Attorneys for Plaintiff Catholic Charities, Diocese*             (202) 252-2525
*of Fort Worth, Inc.*
                                                                  *Counsel for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Civil Action No. 25-0605 (LLA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file by on April 30, 2025, advising the Court of the status of this matter, including a recommendation for further proceedings.

_____                                  _____
Date                                                                           LOREN A. ALIKHAN
                                                                                         United States District Judge