UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>　　　　Defendants. | Civil Action No. 25-0605 (LLA) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate to dismiss this action, without prejudice, with each party to bear their own costs, attorney fees, and expenses.

Dated:  April 29, 2025

| | |
|---|---|
| */s/ Edward T. Waters*<br>Feldesman Leifer LLP<br>Edward T. Waters (D.C. Bar No. 422461)<br>ewaters@feldesman.com<br>Mindy B. Pava (D.C. Bar No. 995328)<br>mpava@feldesman.com<br>Stephen Kuperberg (D.C. Bar No. 462992)<br>skuperberg@feldesman.com<br>1129 20th Street NW, 4th Floor<br>Washington, DC 20036<br>(*t*) (202) 466-8960<br><br>*Attorneys for Plaintiff Catholic Charities, Diocese of Fort Worth, Inc.* | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR.,<br>D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Civil Chief<br><br>/s/ *Joseph F. Carilli, Jr.*<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525<br><br>*Counsel for the United States of America* |